Appeals for the Fifth Circuit denied. *Mr. William R. Watkins* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Maurice J. Mahoney,* and *Thomas E. Harris* for the United States.

No. 919. DICKINSON ET AL. *v.* PAYNE. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Hans v. Briesen* for petitioners. *Mr. Hugh C. Smith* for respondent.

No. 923. WEIR *v.* COMMISSIONER OF INTERNAL REVENUE. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Earl F. Reed* for petitioner. *Attorney General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *S. Dee Hanson* for respondent.

No. 924. LEHMAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Edgar J. Bernheimer* and *Sidney J. Schwartz* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Mr. Sewall Key* for respondent.

No. 925. SHOOLMAN *v.* COMMISSIONER OF INTERNAL REVENUE. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. David Stoneman* for petitioner. *Solicitor*

638

*General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *A. F. Prescott* for respondent.

No. 927. WEBB-CRAWFORD CO. ET AL. *v.* FEDERAL TRADE COMMISSION. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Max Michael* and *Edgar Watkins* for petitioners. *Solicitor General Biddle, Assistant Attorney General Arnold,* and *Messrs. Charles H. Weston* and *W. T. Kelley* for respondent.

No. 928. BAKEWELL *v.* UNITED STATES. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eight Circuit denied. *Paul Bakewell, Jr., pro se. Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Harry LeRoy Jones* for the United States.

No. 931. JEFFERS *v.* ILLINOIS. May 20, 1940. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. James W. Templeman* for petitioner. *Messrs. John E. Cassidy* and *Ivan J. Hutchens* for respondent.

No. 934. ERRINGTON *v.* HUDSPETH, WARDEN. May 27, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Robert G. Errington, pro se.*